EAS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

'05 APR 12 P 3:39

UNITED STATES OF AMERICA,

Plaintiff,

v.

HAZEL J. WASHINGTON,

Defendant.

Case No. 05-CR-
**05 - CR-1 1 4**
[26 U.S.C. § 7206(1)]

---

## INDICTMENT

---

### THE GRAND JURY CHARGES:

1.      On or about April 15, 1999, in the State and Eastern District of Wisconsin,

### HAZEL J. WASHINGTON,

the defendant, did willfully make, subscribe, and caused to be filed with the Internal Revenue

Service, a joint United States Individual Income Tax Return (Form 1040) for calendar year 1998,

which the defendant did not believe to be true and correct as to every material matter in the

following respects:

a.      The defendant falsely indicated on Line 22 of the return that she and her husband had total income of only $40,136, when, in fact, and as the defendant well knew, she and her husband had total income during 1998 of over $140,000;

b.      The defendant falsely indicated on Line 39 the return that she and her husband had taxable income of only $21,816, when, in fact, and as the defendant well knew, she and her husband had taxable income during 1998 of over $120,000; and

c.      The defendant falsely indicated on Line 56 of the return that the total federal income tax obligation, including self-employment taxes, for the defendant and her husband was only $8,930, when, in

fact, and as the defendant well knew, she and her husband had a total federal income tax obligation during 1998 of over $40,000.

2. The defendant verified the return by signing a written declaration that the return was made under the penalties of perjury.

All in violation of Title 26, United States Code, Section 7206(1).

A TRUE BILL:

_____
FOREPERSON

Date: 4-12-05

STEVEN M. BISKUPIC
United States Attorney